RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Michael Collinsworth

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL COLLINSWORTH,<br><br>  Defendant. | Case No. 2:17-cr-00087-JAD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Michael Collinsworth, that the Revocation Hearing currently scheduled on November 5, 2018 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defendant has two revocation proceedings pending before this Court. The parties are in the midst of discussing a possible global resolution and need additional time to prepare, investigate and discuss.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 2nd day of November, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00087-JAD-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL COLLINSWORTH, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 5, 2018 at 1:30 p.m., be vacated and continued to December 17, 2018, at the hour of 11:00 a.m.

DATED this 2nd day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE