**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00087-JAD-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL COLLINSWORTH, | ECF No. 60 |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, December 20, 2018 at 11:00 a.m., be vacated and continued to February 4, 2019, at the hour of 9:30 a.m.

DATED this 14th day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE